1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT FOR THE**

6                 **EASTERN DISTRICT OF CALIFORNIA**

7

| | |
|---|---|
| **COLUMBIA PICTURES INDUSTRIES,** )<br>  **INC., et al.,** )<br>                           )<br>          **Plaintiffs,** )<br>                           )<br>      **v.** )<br>                           )<br>**LUPE CARRILLO,** )<br>                           )<br>           **Defendants.** )<br>_____ ) | **CIV- F-06-1122 AWI LJO**<br><br>**ORDER DISMISSING ACTION**<br><br>(Document #11) |

On December 29, 2006, Plaintiffs filed a notice of voluntary dismissal of this action without prejudice.  Plaintiffs filed their motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(I).   In <u>Wilson v. City of San Jose</u>, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.  <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing <u>Hamilton v. Shearson-Lehman American Express</u>, 813 F.2d 1532, 1534 (9th Cir. 1987)).  A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment.  The dismissal is effective on filing and no court order is required.  <u>Id.</u> The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice.  <u>Id.</u>; <u>Pedrina v. Chun</u>, 987 F.2d 608, 609-10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.  <u>Concha</u>, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. <u>Id.</u> (citing <u>McKenzie v. Davenport-Harris Funeral Home</u>, 834 F.2d 930, 934-35 (9th Cir. 1987)).  Such a dismissal leaves the parties as though no action had been brought.  <u>Id.</u>

<u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

Defendant has not filed an answer to Plaintiffs' complaint and no motion for summary judgment has been filed in this case.  Because Plaintiffs have exercised theirs right to voluntarily dismiss this action under Rule 41(a)(1)(i), this case has terminated.

Therefore, the Clerk of the Court is DIRECTED to close this action in light of Plaintiffs' Rule 41(a)(1) voluntary dismissal without prejudice.

IT IS SO ORDERED.

**Dated:    January 5, 2007            /s/ Anthony W. Ishii          **
0m8i78                              UNITED STATES DISTRICT JUDGE

2